UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cr-00080-SRC |
| ) | |
| JUSTIN SMITH, ) | |
| ) | |
| Defendant. ) | |

## Order

Justin Smith moves to suppress any pre-*Miranda* statements, and any evidence seized on January 17, 2024. Docs. 33–34. The Court referred Smith's motions to United States Magistrate Judge Rodney H. Holmes. *See* 28 U.S.C. § 636(b). Judge Holmes issued a Report and Recommendation, recommending that the Court grant Smith's Motion to Suppress Statements, doc. 33, but deny Smith's Motion to Suppress Evidence, doc. 34. Doc. 69. Judge Holmes also advised Smith that he had 14 days, or until July 22, 2025, to file objections to the Report and Recommendation, which he did not file. *See id*. at 7 (The Court cites to page numbers as assigned by CM/ECF.).

Smith argues that the statements he gave pre-*Miranda* require suppression because they were obtained in violation of his rights under the Fifth and Sixth Amendments. Doc. 33. The United States concedes that the statements require suppression. Doc. 68 at 1. As such, the Court agrees with Judge Holmes's recommendation to grant Smith's motion, doc. 33.

Additionally, Smith argues that the warrantless search of his suitcase violated his Fourth Amendment right, and all evidence obtained because of that search requires suppression. Doc. 34 at 1. The Court agrees with Judge Holmes's conclusion that Smith's encounter with the

agents was consensual and not a seizure under the Fourth Amendment. The Court also agrees that the observations and information possessed by Special Agent James Wilkins is sufficient to raise to the level of responsible suspicion for a *Terry* stop. Doc. 69 at 6–7. As such, the Court agrees with Judge Holmes's recommendation to deny Smith's motion, doc. 34.

After careful consideration, the Court sustains, adopts, and incorporates Judge Holmes's [69] Report and Recommendation, grants Smith's [33] Motion to Suppress Statements, and denies Smith's [34] Motion to Suppress Evidence.

So ordered this 19th day of August 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE